IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:24-CR-180 (DNH) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **TINA MARIE BARBUTO,** | ) | Violations: 42 U.S.C. § 408(a)(7)(B) [Misuse of a Social Security Number] |
| **Defendant.** | ) | |
| | ) | 2 Counts |
| | ) | County of Offense:   Onondaga |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNTS 1-2
### [Misuse of a Social Security Number]

On or about each of the dates set forth below, in Onondaga County in the Northern District of New York, and elsewhere, the defendant,

**TINA MARIE BARBUTO,**

for the purpose of obtaining something of value and for any other purposes, knowingly, willfully, and with the intent to deceive, falsely and fraudulently represented the social security account number set forth below to be the social security account number assigned to her by the Commissioner of Social Security, when she well knew this social security account number was not the social security account number assigned to her by the Commissioner of Social Security.

| Count | Date | Misuse | Social Security Number |
|---|---|---|---|
| 1 | January 31, 2022 | Credit card application to NASA Federal Credit Union | XXX-XX-6201 |
| 2 | February 11, 2022 | Personal loan application to NASA Federal Credit Union | XXX-XX-6201 |

1

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

Dated:    March 20, 2024

                        CARLA B FREEDMAN
                        United States Attorney

By:     /s/ Paul J. Tuck
        Paul J. Tuck
        Special Assistant United States Attorney
        Bar Roll No. 520814